# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 1, 2018

### NO. 03-18-00634-CV

**James McCoy, Appellant**

**v.**

**Dale Wainwright, Chairman of the Texas Board of Criminal Justice,
and Kenneth Green, Disciplinary Captain of the Michael Unit, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
DISMISSED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the district court's order denying "Plaintiff's Motion to Extend Time to File Motion to Reinstate or Alternatively Motion to Vacate," entered on September 19, 2018. Having reviewed the record, the Court consolidates this appeal into cause number 03-18-00518-CV and dismisses this cause. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.